# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| MARGARITA SALAS,<br><br>           Plaintiff,<br><br>        v.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security<br>Administration,<br><br>           Defendant. | CASE NO.: 5:17-cv-03844-FFM<br><br>**JUDGMENT** |

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order dated September 21, 2018.


DATED: September 21, 2018

                                      /S/ FREDERICK F. MUMM
                                      FREDERICK F. MUMM
                                United States Magistrate Judge

1